# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

**FILED** KG
12/5/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

BC

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Steven D Lisle JR | 22c50112 |
| DEFENDANT | TYPE OF PROCESS |
| Colton Love | Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Colton Love
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Dixon Correctional Center 2600 North Brinton Avenue Dixon IL 61021

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Steven D Lisle JR #R40159
Pontiac Correctional Center
PO Box 99
Pontiac IL 61764

| | |
|---|---|
| Number of process to be served with this Form 285 | USM |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Colton Love was a Luitenant at the dixon Facility during February 23, 2022

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 9/8/24

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk: MS | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

Date: 11/26/2024    Time: 12:54 ☒ pm

Signature of U.S. Marshal or Deputy: Mark Schmitt

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | | | 65 | | |

**REMARKS:** 11/26/2024 Phone number provided by DCC not in service.
The Litigation Coordinator for the Dixon Correctional Center related that (Lt. Colton Love) has taken a military leave of absence which involves active deployment through 2025.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80