UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Western Division

Steven D. Lisle, Jr.
                   Plaintiff,

v.                                                          Case No.: 3:22−cv−50112
                                                           Honorable Iain D. Johnston

Timothy Hammes, et al.
                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 19, 2025:

      MINUTE entry before the Honorable Margaret J. Schneider: The Court directed the parties to include an addendum to the case management order updating the Court on the status of service of Defendant Heslop. No addendum was included. Additionally, the Court notes that Defendant Stevens's answer is overdue. It appears as though defense counsel signed and filed the proposed CMO on behalf of all Defendants, including Defendant Heslop and Defendant Stevens. Defense counsel has until 02/26/25 to answer on behalf of Defendants Heslop and Stevens or to file a status report updating the Court on the status of her representation of Defendants Heslop and Stevens. Mailed notice. (jxk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.