PC SCAN  FILED 2/24/2025  MEN
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case: 3:22-cv-50112 Document #: 88 Filed: 02/24/25 Page 1 of 1 PageID #:445

SCANNED AT PON CC
EMAILED 2-24-25 (date)
BY AW (intials)
1 (# of pages)

In The United States District Court For The Northern District of Illinois
Western Division

Steven D Lisle JR
          Plaintiff
vs
Timothy Hammes

22 cv 50112

Honorable Iann D. Johnston

**Plaintiff's Motion For Status Update For Proposed Case Management Order**

Now Comes, Plaintiff in the above motion.

1. Plaintiff Informs the Court that Plaintiff Participated with Defendants over the Telephone at her Institution To Complete a Case management plan For Discovery in this case.

2. Plaintiff states that she does not no "why" Defendants did not provide the court with the complete Case management order?

3. Plaintiff Further states by her participation with Defendants and in compliance with the Court Order to set up a Case management with Defendants the Court should not hold any sanctions against plaintiff.

**Relief**

1. The Court should hold no sanctions against plaintiff

**Certificate of service**

2/23/25 E-mailed To Clerk of the Court
US Dist Court for the Northern Dist of Illinois
Western Division
/S/ [signature]

1