PC SCAN FILED 2/24/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
SCANNED AT PON CC
EMAILED 2-24-25 (date)
BY AW (initials)
_____ (# of pages)

In The United States District Court For The Northern District of Illinois Western Division

Steven D Lisle JR
  vs   Plaintiff
Anthony Kulavic

No. 22 cv 50122

## Plaintiff's Motion To Compel Defendants To Provide Discovery Request

Now Comes, Plaintiff Steven D Lisle JR in the above motion:

1. Plaintiff ask the Court to Order defendants to inform the Court and Plaintiff about the discovery status in this Complaint.

2. Plaintiff provided defendants with a Request for [Fed.R.Civ.P.34 production of documents] request in which the 30 Days for Defendants to respond to plaintiff production of documents has Expired.

3. Plaintiff also provided defendants with a Request For [Fed.R.Civ.P.36 Admission] in which the 30 Days For Defendants to respond to plaintiff Request For Admission has Expired.

4. Plaintiff Also has Not Received Defendants [Initial] Disclosure From Defendants to plaintiff. Fed.R.Civ.P 26(a)(1)

### Relief

1. The Court Order Defendants To provide A Response To Plaintiff Discovery Request and Initial Disclosure Discovery Request.

### Certificate of Service

On 2/23/25 E Filed To The Clerk of the Court In the U.S. Dist Court For The Northern Dist of Illinois /s/ _____
          Western Division