IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| STEVEN D. LISLE, JR., <br><br> Plaintiff, <br><br> v. <br><br> TIM HAMMES, *et al.*, <br><br> Defendants. | No. 22 C 50112 <br><br> District Judge Iain D. Johnston <br> Magistrate Judge Michael F. Iasparro |

## STATUS REPORT

Defendants, Timothy Hammes, Nicole Benitez, Michael Kempthorne, Leslie Simpson, Jefrey Dalke, Daniel Ditzler, David Allen, Randi Bontz, Jennifer Altfillisch, Arthur Manzano, Scott Meyer, Renee Stevens, and Derek Heslop, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, respectfully submit the following status report on Defendant Colton Love's scheduled return from active deployment, as requested by the Court's June 25, 2025, Order:

    1.    On June 25, 2025, the Court directed the undersigned counsel to contact the litigation coordinator at Dixon Correctional Center ("Dixon") about when Defendant Love is scheduled to return from active deployment and file a status report with this information by July 16, 2025. (Dkt. No. 109.)

    2.    The litigation coordinator at Dixon connected the undersigned counsel with the Parole Commander for the Rockford Parole Office, where Defendant Love will resume working after he returns.

    3.    The Parole Commander informed the undersigned counsel that Defendant Love's active deployment is tentatively scheduled to end on September 15, 2025.

1

4. The undersigned counsel notes that the Court stayed service of process on Defendant Love until September 30, 2025. (Dkt. No. 109.) If the Court desires, the undersigned counsel can submit another status report if there is a change in the end date for Defendant Love's active deployment that extends past September 30, 2025.

Dated: July 16, 2025.

KWAME RAOUL
Attorney General of Illinois

Respectfully submitted,

By: /s/ *Adam Peterson*
Adam Peterson
Assistant Attorney General
Office of the Illinois Attorney General
General Law Bureau
115 South LaSalle Street
Chicago, Illinois 60603
(773) 550-7828
adam.peterson@ilag.gov

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on July 16, 2025, I electronically filed the foregoing *Status Report*, with the Clerk of Court using the CM/ECF system, which sent a notification of such filing to the following:

n/a

and I hereby certify that on July 16, 2025, I caused to be mailed by United States Postal Service, a copy of the foregoing document to the following non-registered participant:

**Steven D. Lisle, Jr. R40159**
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764
PRO SE

Executed on July 16, 2025.

                                                   Respectfully Submitted,

| | |
|---|---|
| KWAME RAOUL | */s/ Adam Peterson* |
| Attorney General of Illinois | Adam Peterson |
| | Assistant Attorney General |
| | General Law Bureau |
| | 115 S. Lasalle St. |
| | Chicago, Illinois 60603 |
| | (312) 814-1035 |
| | adam.peterson@ilag.gov |